No. 96–5303.   REESE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 96–5304.   COLEMAN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 96–5305.   WILLIAMS v. SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 96–5307.   HOSKINS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 96–5309.   GERALDS v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 96–5310.   ALVER v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.   Certiorari denied.

No. 96–5311.   BANKSTON ET AL. v. SOUTHERN FARM BUREAU CASUALTY INSURANCE CO. ET AL. (two judgments).   C. A. 5th Cir.   Certiorari denied.

No. 96–5312.   BRITO v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 96–5313.   CORNELY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 96–5314.   COOK ET UX. v. BOYD.   C. A. 3d Cir.   Certiorari denied.

No. 96–5317.   ABIDEKUN v. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 96–5318.   DAIS v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 96–5319.   DUARTE v. UNITED STATES BUREAU OF PRISONS ET AL.   C. A. 10th Cir.   Certiorari denied.